Decision Per Curiam.

A. H. West, J. W. West, E. E. West and J. P. Y. Higden, partners under the firm name of West Brothers and Higden, Appellants, vs. Daniel G. Ambler, Appellee.

## DIVISION A.

Appeal from the Circuit Court, Duval county; Rhyden M. Call, Judge.

*Cooper & Cooper,* for Appellants.

*John A. Henderson,* for Appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant, and the complainants appeal. The decree is affirmed.